UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JEFFERY LEE GUILLORY | CIVIL ACTION NO. 09-0244 |
| VS. | SECTION P |
| SHERIFF MICHAEL W. NEUSTROM | JUDGE MELANÇON |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 3rd day of August, 2009.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE